# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1271. JONATHAN JERMAINE SERCHION v. THE STATE.**

Jonathan Jermaine Serchion, acting pro se, filed a motion for out-of-time appeal, contending that his trial counsel failed to advise him about his right to appeal. The trial court denied this motion because the same issue had already been decided in a previous habeas corpus action. Serchion thereafter filed this appeal.

In *Cook v. State*, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022). Serchion, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus[,]" *Rutledge v. State*, ___ Ga. ___, ___ (Case No. S21A1036, decided March 15, 2022). It appears that Serchion has already pursued this remedy. Nonetheless, rather than denying Serchion's motion on these grounds, the trial court should have dismissed it. See id. Accordingly, the trial court's order denying the motion for out-of-time appeal is hereby VACATED and this appeal is hereby REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __04/13/2022_____

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*